1   PETER D. KEISLER
    Assistant Attorney General, Civil Division
2   CARL J. NICHOLS
    Deputy Assistant Attorney General
3   DOUGLAS N. LETTER
    Terrorism Litigation Counsel
4   JOSEPH H. HUNT
    Director, Federal Programs Branch
5   ANTHONY J. COPPOLINO
    Special Litigation Counsel
6   RUPA BHATTACHARYYA
    Senior Trial Counsel
7   ANDREW H. TANNENBAUM
    ALEXANDER K. HAAS
8   Trial Attorneys
    Email: tony.coppolino@usdoj.gov
9   U.S. Department of Justice
    Civil Division, Federal Programs Branch
10  20 Massachusetts Avenue, NW, Rm. 6102
    Washington, D.C. 20001
11  Phone: (202) 514-4782
    Fax: (202) 616-8460
12
    *Attorneys for the Defendants*

13

**UNITED STATES DISTRICT COURT**

14

**NORTHERN DISTRICT OF CALIFORNIA**

15

**SAN FRANCISCO DIVISION**

16

17  IN RE NATIONAL SECURITY AGENCY
    TELECOMMUNICATIONS RECORDS
18  LITIGATION

19  _____

20  This Document Relates Only To:

21  *Center for Constitutional Rights v. Bush*,
    (Case No. 07-cv-1115)
22  _____

    )   **No. M:06-cv-01791-VRW**
    )
    )   **MODIFIED** STIPULATION AND
    )   ~~PROPOSED~~ ORDER TO SET
    )   BRIEFING AND HEARING
    )   SCHEDULE IN CENTER FOR
    )   CONSTITUTIONAL RIGHTS
    )   V. BUSH, CASE NO. 07-cv-1115
    )
    )   Courtroom: 6, 17th Floor
    )   Judge: Hon. Vaughn R. Walker

23

24

25

26

27

28

No. M:06-cv-01791-VRW **MODIFIED** STIPULATION AND PROPOSED ORDER TO SET BRIEFING AND
HEARING SCHEDULE IN *CENTER FOR CONSTITUTIONAL RIGHTS V. BUSH,* CASE NO. 07-cv-1115

1 **RECITALS**

2       A.       Whereas on May 24, 2007, the parties in *Center for Constitutional Rights v. Bush*,

3 (Case No. 07-cv-1115) submitted a stipulation and proposed schedule for further briefing and a

4 hearing on the parties' pending dispositive motions; *see* Docket No. 289 (MDL-1791) and

5 Docket No. 2 (07-cv-1115); and

6       B.       Whereas, pursuant to that stipulation, Defendants filed a supplemental

7 memorandum in connection with the pending motions on June 8, 2007, *see* Docket Nos. 308-310

8 (MDL-1791) and Docket Nos. 3-8 (07-cv-1115); and

9       C.       Whereas the Court has not yet entered the stipulation previously filed by the

10 parties in *CCR*, and the parties now desire to modify the remaining briefing schedule slightly so

11 that the date for Plaintiffs to file a supplemental memorandum would be extended by one week

12 (from June 29, 2007 to July 6, 2007), as would the date for Defendants to file a reply (from July

13 20, 2007 to July 27, 2007); and

14       D.       Whereas this modified stipulation would not alter the hearing date of August 9,

15 2007 that the parties previously proposed for the pending dispositive motions.

16       The parties therefore submit the following modified stipulation and proposed briefing

17 schedule in this action:

18       1.       *Center for Constitutional Rights v. Bush*, (Case No. 07-cv-1115), is one of the

19 actions pending in this multi-district litigation proceeding, transferred by order of the Judicial

20 Panel on Multi-district Litigation from the United States District Court for the Southern District

21 of New York.  This case has been brought against officers of the United States Government in

22 their official capacities and challenges alleged intelligence activities of the National Security

23 Agency.  *See CCR* Complaint (Docket for 07-cv-1115, No. 1, Part 2).

24       2.       The transfer of the *CCR* case to this Court was docketed on or about February 23,

25 2007.  *See* Docket No. 1 (07-cv-1115).  Prior to its transfer from the Southern District of New

26 York, the parties in *CCR* had briefed respective dispositive motions.  The Defendants in *CCR*

27 had filed a motion to dismiss or, in the alternative, for summary judgment, based on an assertion

28 of the state secrets privilege by the United States.  *See* Dkt. No. 1 (07-cv-1115) at Parts 12-15.

No. M:06-cv-01791-VRW **MODIFIED** STIPULATION AND PROPOSED ORDER TO SET BRIEFING AND
HEARING SCHEDULE IN *CENTER FOR CONSTITUTIONAL RIGHTS V. BUSH,* CASE NO. 07-cv-1115       1

1    The Plaintiffs in *CCR* had filed a motion for partial summary judgment.  *See id.* at Parts 5-9.

2    The United States District Court for the Southern District of New York held a hearing on these

3    pending motions on September 5, 2006, but did not decide the motions prior to the transfer of

4    this case to this Court.

5         3.      No schedule has previously been set in this MDL proceeding for consideration of

6    the pending dispositive motions in the *CCR* case and no prior Order of the Court required any

7    action in the *CCR* case.[1]  Thus, upon taking account of the schedule of proceedings in other

8    MDL cases, the parties in *CCR* have negotiated this stipulation for any further briefing and a

9    hearing on the motions pending in *CCR*.

10        4.      The Plaintiffs and Defendants in *CCR* have reached agreement on and seek the

11   Court's approval of a schedule for the filing of any supplemental briefs in *CCR* and a hearing on

12   pending motions in that case.  Under the proposed schedule: (i) Defendants in *CCR* filed a

13   supplemental brief setting forth additional points and authority concerning the status and

14   disposition of the *CCR* case on June 8, 2007; (ii) Plaintiffs in *CCR* would file a response to any

15   submission by the Defendants and their own supplemental points and authority by July 6, 2007;

16   and (iii) Defendants would file a reply brief by July 27, 2007.

17        4.      The parties also propose that the Court hear the pending motions in CCR on

18   August 9, 2007.  The parties also request that the pending motions in CCR be heard separately

19   from pending motions in other cases in this MDL proceeding that are scheduled on other dates.[2]

20   _____

21        [1] On February 20, 2007, the Court issued an order granting and denying in part a motion
     by the United States to stay all MDL proceedings pending resolution of an appeal in *Hepting v.*
22   *AT&T,* Case No. 06-672.  *See* Dkt. No. 172 (06-cv-1791).  In that order, the Court directed the
     defendants in pending MDL cases to answer or otherwise respond to the complaint in cases as to
23   which a stay was not agreed upon no later than March 29, 2007.  Since the Defendants in the
     *CCR* case had already responded to the Complaint in that case with the pending dispositive
24   motion, no schedule for further proceedings was set or required by the Court's February 20
     Order.
25

26        [2] The parties conferred with the Court's clerk and determined that the August 9 hearing
     date was available.  However, if that date becomes unavailable, the parties request an
27   opportunity to confer with each other and the Court before another date is set (in part because
     counsel for the Government is unavailable the following week).
28
     No. M:06-cv-01791-VRW **MODIFIED** STIPULATION AND PROPOSED ORDER TO SET BRIEFING AND
     HEARING SCHEDULE IN *CENTER FOR CONSTITUTIONAL RIGHTS V. BUSH,* CASE NO. 07-cv-1115        2

## STIPULATION

The Plaintiffs and Defendants in the *CCR* action, through their undersigned counsel, hereby stipulate to the following schedule and request that the Court make this stipulation an order of the Court:

1.     On June 8, 2007, Defendants in *CCR* filed a supplemental brief setting forth additional points and authority concerning the status and disposition of the *CCR* case (07-cv-1115).

2.     On or before July 6, 2007, Plaintiffs in *CCR* will file a response to the Government's submission and their own supplemental points and authority in support of their position on the pending motions.

3.     Defendants will file a reply brief by July 27, 2007.

4.     On August 9, 2007, at 2 p.m., oral argument will be held on the pending motions in the *CCR* case (07-cv-1115).

DATED:  June 26, 2007                        Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
RUPA BHATTACHARYYA
Senior Trial Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone:   (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By:     */s Anthony J. Coppolino*
             Anthony J. Coppolino

*Attorneys for Federal Defendants*
*in their Official Capacities*

No. M:06-cv-01791-VRW **MODIFIED** STIPULATION AND PROPOSED ORDER TO SET BRIEFING AND HEARING SCHEDULE IN *CENTER FOR CONSTITUTIONAL RIGHTS V. BUSH,* CASE NO. 07-cv-1115          3

1

2  **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

3      I, ANTHONY J. COPPOLINO, hereby declare pursuant to General Order 45, § X.B, that

4  I have obtained the concurrence in the filing of this document from each of the other signatories

5  listed below.

6      I declare under penalty of perjury that the foregoing declaration is true and correct.

7      Executed on June 26, 2007, in the City of Washington, District of Columbia.

8                                          PETER D. KEISLER
                                           Assistant Attorney General, Civil Division
9                                          CARL J. NICHOLS
                                           Deputy Assistant Attorney General
10                                         DOUGLAS N. LETTER
                                           Terrorism Litigation Counsel
11                                         JOSEPH H. HUNT
                                           Director, Federal Programs Branch
12                                         ANTHONY J. COPPOLINO
                                           Special Litigation Counsel
13                                         RUPA BHATTACHARYYA
                                           Senior Trial Counsel
14                                         ANDREW H. TANNENBAUM
                                           ALEXANDER K. HAAS
15                                         Trial Attorneys
                                           U.S. Department of Justice
16                                         Civil Division, Federal Programs Branch
                                           20 Massachusetts Avenue, N.W., Rm. 7328
17                                         Washington, DC 20001
                                           Telephone:  (202) 514-4782 — Fax: (202) 616-8460
18                                         Email: tony.coppolino@usdoj.gov

19                                         By:    *s/ Anthony J. Coppolino*
                                                     Anthony J. Coppolino
20
                                           *Attorneys for Federal Defendants*
21                                         *in their Official Capacities*

22
                                           By:    *s/ Shayana Kadidal*
23                                                   Shayana Kadidal
                                           CENTER FOR CONSTITUTIONAL RIGHTS
24                                         666 Broadway, 7th Floor
                                           New York, NY 10012-2317
25                                         (212) 614-6438

26                                         Attorneys for Plaintiffs

27

28

No. M:06-cv-01791-VRW **MODIFIED** STIPULATION AND PROPOSED ORDER TO SET BRIEFING AND
HEARING SCHEDULE IN *CENTER FOR CONSTITUTIONAL RIGHTS V. BUSH,* CASE NO. 07-cv-1115      4

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing, it is hereby ORDERED that:

1.    On June 8, 2007, Defendants in *CCR* filed a supplemental brief setting forth any additional points and authority concerning the status and disposition of the *CCR* case (07-cv-1115).

2.    On or before July 6, 2007, Plaintiffs in *CCR* will file a response to the Government's submission and their own supplemental points and authority in support of their position on the pending motions.

3.    Defendants will file a reply brief by ~~July 27, 2007.~~ July 19, 2007

4.    On August 9, 2007, at 2 p.m., oral argument will be held on the pending motions in the *CCR* case (07-cv-1115).

IT IS SO ORDERED.

Dated: _____June 28_____, 2007.

Hon. Vaughn R Walker
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Vaughn R Walker