IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |
| This Document Relates To: | |
| <u>Center for Constitutional Rights v Bush</u>, C 07-1115 VRW | |

On March 31, 2008, the court entered an order herein as follows: "In light of the recent action by the Court of Appeals withdrawing submission of the interlocutory appeal in Hepting v AT&T, 06-0672, the clerk is directed to terminate the submitted motions at docket numbers 253, 270, 273, 295 and 347 of the master docket. At the next case management conference herein, the moving parties may petition the court to reopen these motions if the circumstances so warrant."  Doc #27.  MDL Doc #438.

Since that date, there has been no case management conference nor any activity in the case by either party. The

parties are, accordingly, directed to submit to the court, on or before February 26, 2010, a joint status report advising the court of the status of this case, what proceedings are necessary to resolve it and proposing a tentative schedule for such proceedings, if applicable.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**United States District Court**
For the Northern District of California