IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |

This Document Relates To:

<u>Center for Constitutional Rights,
et al v Obama, et al</u>,
C 07-1115 VRW
_____/

      Having considered the parties' joint status report filed March 19, 2010 the court ORDERS that the parties renew their respective cross-motions according to the following briefing schedule: defendants must renew their dispositive motion by April 28, 2010; plaintiffs must file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by May 28, 2010; defendants must reply and file an opposition to plaintiffs' cross-motion by June 18, 2010; plaintiffs may file a cross-reply by July 9, 2010.

\\
\\

No hearing on the cross-motions will be set unless the court deems one is necessary.

IT IS SO ORDERED.

*[signature]*

VAUGHN R WALKER
United States District Chief Judge